CLOSED, RULE5

# U.S. District Court
## District of Minnesota (DMN)
## CRIMINAL DOCKET FOR CASE #: 0:09-mj-00464-FLN-4

Case title: USA v. Ochenge et al

Date Filed: 11/17/2009
Date Terminated: 11/20/2009

Assigned to: Magistrate Judge Franklin L. Noel

### Defendant (4)

**Albert E Gunga**
*TERMINATED: 11/20/2009*

represented by **Lyonel Norris**
Office of the Federal Defender
300 4th St S Ste 107
Mpls, MN 55415
612-664-5858
Fax: 612-664-5850
Email: lyonel_norris@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Public Defender or Community Defender Appointment

**Katherian D Roe**
Office of the Federal Defender
300 S 4th St Ste 107
Mpls, MN 55415
612-664-5858
Fax: 612-664-5850
Email: katherian_roe@fd.org
*TERMINATED: 11/18/2009*
Designation: Public Defender or Community Defender Appointment

A true printed copy in 3 sheet(s) of the electronic record filed on 11/30/09 in the United States District Court for the District of Minnesota.
CERTIFIED, 11/30, 2009.
BY: RICHARD D. SLETTEN
Deputy Clerk



FILED
DEC - 3 2009
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

**Disposition**

None

**Highest Offense Level (Terminated)**

None

| Complaints | Disposition |
|---|---|
| 18:1349.F | |

**Plaintiff**

USA                            represented by **David M Genrich**
                               United States Attorney's Office
                               300 S 4th St Ste 600
                               Mpls, MN 55415
                               612-664-5600
                               Fax: 612-664-5786
                               Email: david.genrich@usdoj.gov
                               *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/17/2009 | | Arrest (Rule 5) of Albert E Gunga (KNK) (Entered: 11/18/2009) |
| 11/17/2009 | 4 | Minute Entry for proceedings held before Magistrate Judge Franklin L. Noel:Initial Appearance in Rule 5(c) (3) Proceedings as to Albert E Gunga held on 11/17/2009; Counsel to be appt'd; Charges from another district: Southern District of West Virginia, Charleston; Temporary Detention Ordered; ( Detention Hearing and Removal Hearing set for 11/19/2009 01:30 PM in Courtroom 9W (MPLS) before Magistrate Judge Franklin L. Noel.) (KNK) (Entered: 11/18/2009) |
| 11/17/2009 | 5 | DOCUMENT FILED IN ERROR/TO BE REFILED - APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM: Writ issued and delivered to the USM on 11/17/09; Name of Detainee Collins A. Masese. Signed by Magistrate Judge Franklin L. Noel on 11/17/09. (KNK) Modified text on 11/20/2009 (las). (Entered: 11/18/2009) |
| 11/18/2009 | 6 | ORDER OF TEMPORARY DETENTION as to Michael M Ochenge, Robert M Otiso, Paramena J Shikanda, Albert E Gunga. Signed by Magistrate Judge Franklin L. Noel on 11/18/09. (KNK) (Entered: 11/18/2009) |
| 11/18/2009 | 7 | NOTICE OF ATTORNEY APPEARANCE/SUBSTITUTION for Albert E Gunga (Norris, Lyonel) (Entered: 11/18/2009) |
| 11/19/2009 | 24 | Minute Entry for proceedings held before Magistrate Judge Franklin L. Noel: Removal and Detention Hearing as to Albert E Gunga held on 11/19/2009. Counsel present. Deft Ordered Detained - Govt to submit proposed order. |

| | | |
|---|---|---|
| | | Deft removed to charging district. Removal Order & Commitment to Another District to be Issued. Defendant reserves his right to a detention hearing in the Southern District of West Virginia. (Court Reporter Jim Trapskin) (las) (Entered: 11/23/2009) |
| 11/19/2009 | 30 | Sealed Document (KNK) (Entered: 11/23/2009) |
| 11/19/2009 | 31 | Sealed Document (KNK) (Entered: 11/23/2009) |
| 11/19/2009 | 32 | Sealed Document (KNK) (Entered: 11/23/2009) |
| 11/19/2009 | 33 | Sealed Document (KNK) (Entered: 11/23/2009) |
| 11/19/2009 | 34 | Sealed Document (KNK) (Entered: 11/23/2009) |
| 11/19/2009 | 35 | Sealed Document (KNK) (Entered: 11/23/2009) |
| 11/20/2009 | 25 | COMMITMENT TO ANOTHER DISTRICT as to Albert E Gunga. Defendant committed to Southern District of West Virginia. Signed by Magistrate Judge Franklin L. Noel on 11/20/09. cc: USM. (las) (Entered: 11/23/2009) |
| 11/20/2009 | 26 | ORDER OF REMOVAL to Southern District of West Virginia as to Albert E Gunga. Signed by Magistrate Judge Franklin L. Noel on 11/20/09. (las) (Entered: 11/23/2009) |

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | MJ 09-464 FLN |
| Plaintiff, | |
| v. | ORDER OF REMOVAL |
| Albert E. Gunga (04), | |
| Defendant. | |

David Genrich, ASSISTANT UNITED STATES ATTORNEY, for the plaintiff.

Lyonel Norris, ASSISTANT FEDERAL PUBLIC DEFENDER., for defendant.

---

The above captioned case was before the undersigned United States Magistrate Judge for a removal hearing on November 19, 2009. Defendant waived the removal hearing.

Based on defendant's waiver, the court finds that the defendant is the same person named in the warrant filed in the Southern District of West Virginia, and he is ordered removed to that district for further proceedings.

DATED: November 20, 2009

                                                              s/ Franklin L. Noel
                                                              FRANKLIN L. NOEL
                                                              United States Magistrate Judge

A true printed copy in __1__ sheet(s) of the electronic record filed on 11/20/09 in the United States District Court for the District of Minnesota.
CERTIFIED, __11/30__, 20 09.
RICHARD D. SLETTEN
BY: _____
Deputy Clerk

◈ AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

_____ District of _____ MINNESOTA

| UNITED STATES OF AMERICA<br>V.<br>Albert E. Gunga | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense<br>2:09-00251 | District of Arrest<br>MJ 09-464 FLN | District of Offense |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
   X Indictment    ☐ Information    ☐ Complaint    ☐ Other (specify)

**charging a violation of**    18    **U.S.C. §**   1349, 1956(h), 1341, 1343, and 2

**DISTRICT OF OFFENSE**
Southern District of West Virginia

**DESCRIPTION OF CHARGES:**

Conspiracy to commit Mail Fraud and Wire fraud, money laundering,

**CURRENT BOND STATUS:**
  ☐ Bail fixed at _____ and conditions were not met
  ☐ Government moved for detention and defendant detained after hearing in District of Arrest
  X Government moved for detention and defendant detained pending detention hearing in District of Offense
  ☐ Other (specify)

| **Representation:** | ☐ Retained Own Counsel | X Federal Defender Organization | ☐ CJA Attorney | ☐ None |
|---|---|---|---|---|
| **Interpreter Required?** | X No | ☐ Yes | Language: English | |

**DISTRICT OF MINNESOTA**

TO: THE UNITED STATES MARSHAL

    You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

| November 20, 2009 | s/ Franklin L. Noel |
|---|---|
| Date | United States Judge or Magistrate Judge |

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|

A true printed copy [1 sheet(s)]
of the electronic record filed on 11/20/09
in the United States District Court
for the District of Minnesota.
CERTIFIED, 11/30, 2009.
RICHARD D. SLETTEN
BY: _____

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **COURT MINUTES - CRIMINAL** |
| ) | BEFORE:  Franklin L. Noel, 9W |
| Plaintiff, ) | U.S. Magistrate Judge |
| ) | |
| v. ) | Case No:       MJ 09-464 FLN |
| ) | Date:            November 19, 2009 |
| Albert E. Gunga (04), ) | Court Reporter:  Jim Trapskin |
| ) | Time Commenced: 1:39 p.m. |
| ) | Time Concluded:  1:42 p.m. |
| Defendant. ) | Time in Court:   3 Minutes |

☒ **REMOVAL/DETENTION HRG**
    Time in Court Rem/Det: 1/2

**APPEARANCES:**

| | |
|---|---|
| Plaintiff: | David Genrich, Assistant U.S. Attorney |
| Defendant: | Lyonel Norris  ☒ FPD       ☒ Appointed |

On   ☒ Indictment

☒ **Charges from other District: Southern District of West Virginia, Charleston**

☒ Deft Ordered Detained - Govt to submit proposed order

☒ Deft removed to charging district

☒ Removal Order to be Issued        ☒ Commitment to Another District to be Issued

Additional Information:
   Defendant reserves his right to a detention hearing in the Southern District of West Virginia.

                                                                                                    *s/Joan Flood*
                                                                                                    Criminal Duty Clerk

M:\templates\Prelim-Det Hrg.wpt

A true printed copy in __1__ sheet(s)
of the electronic record filed on 11/19/09
in the United States District Court
for the District of Minnesota.
CERTIFIED, __11/30__, 20__09__.
         RICHARD D. SLETTEN
BY: _____
         Deputy Clerk

Template Updated: 6/6/06

# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                        Plaintiff,<br>v.<br>ALBERT E. GUNGA,<br>                        Defendant. | **NOTICE OF APPEARANCE**<br><br>Case No: 09 MJ 464(4) (FLN) |

Pursuant to the Court's order appointing counsel, the undersigned attorney hereby notifies the Court and counsel that Lyonel Norris shall appear as appointed counsel of record for the above named defendant in this case.

Dated: November 18, 2009

*s/Lyonel Norris*
Lyonel Norris
Attorney ID No. 165888
Attorney for Defendant
Office of the Federal Defender
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

A true printed copy in __1__ sheet(s)
of the electronic record filed on __11/18/09__
in the United States District Court
for the District of Minnesota.
CERTIFIED, __11/30__, 20__09__.
RICHARD D. SLETTEN
BY: _____
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | Case No.   MJ 09-464 FLN |
| v. | ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br><u>TO BAIL REFORM ACT</u> |
| Michael M. Ochenge (01),<br>Robert M. Otiso (02),<br>Paramena J. Shikanda (03),<br>Albert E. Gunga (04)<br>Defendant. | |

Upon motion of the United States it is ORDERED that a removal/detention hearing is set for November 19, 2009 at 1:30 p.m. before Magistrate Judge Franklin L. Noel, 9W US Courthouse, 300 South 4th Street, Minneapolis, Minnesota.  Pending this hearing, the Defendant shall be held in custody by the United States Marshal and produced for the hearing.

Dated: November 18, 2009

                s/Franklin L. Noel
                FRANKLIN L. NOEL
                United States Magistrate Judge

---

\* If not held immediately upon Defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the Defendant.  18 U.S.A. §3142(f)(2).

<u>A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present.</u>  Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the Defendant (a) will flee; or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injury, or intimidate a prospective witness or juror.

A true printed copy in ___1___ sheet(s)
of the electronic record filed on 11/18/09
in the United States District Court
for the District of Minnesota.
CERTIFIED, _____11/30_____, 2009.
       RICHARD D. SLETTEN
BY: _____
       Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: Franklin L. Noel, 9W |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No:  MJ 09-464 FLN |
| | ) | Date:  November 17, 2009 |
| Albert E. Gunga (04), | ) | Time Commenced:  3:23 p.m. |
| | ) | Time Concluded:  3:26 p.m. |
| Defendant. | ) | Time in Court:  3 Minutes |

## APPEARANCES:

Plaintiff:   David Genrich, Assistant U.S. Attorney

Defendant:   Doug Olson,   ☒ FPD   ☒ Appointed

Date Charges Filed: November 10, 2009       Offense: Conspiracy to commit mail fraud and wire fraud
18 U.S.C. § 1349

☒ Charges read into record       ☒ Advised of Rights

on   ☒ Indictment

**Charges from another district: Southern District of West Virginia, Charleston**

☒ Government moves for detention.
Motion is:   ☒ granted, temporary detention ordered

Next appearance date is November 19, 2009 at 1:30 p.m. before U.S. Magistrate Judge Franklin L. Noel, 9W for:
☒ detention hrg       ☒ removal hrg

*s/Joan Flood*
Criminal Duty Clerk

A true printed copy in __1__ sheet(s)
of the electronic record filed on 11/17/09
in the United States District Court
for the District of Minnesota.
CERTIFIED, __11/30__, 20__09__.
RICHARD D. SLETTEN
BY: _____
Deputy Clerk

M:\templates\First Appearance.wpt       Template Updated 2/2/04