

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.                                    CRIMINAL ACTION NO. 2:09-00251-04

ALBERT E. GUNGA

GUILTY PLEA

In the presence of L. Thompson Price, my counsel, who has fully explained the charge contained in the indictment against me and, having received a copy of the indictment from the United States Attorney before being called upon to plead, I hereby plead GUILTY to Count Eight of the eight-count indictment.

5/24/10
Date

Albert E. Gunga

Witness:

Counsel for Defendant